## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KLIPSCH GROUP, INC.<br><br>　　　　Defendant. | C.A. No. 14-286-SLR-SRF<br><br>TRIAL BY JURY DEMANDED |

## STIPULATED MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Sapphire Dolphin LLC and Defendant Klipsch Group, Inc., by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 41(a)(1), all claims and counterclaims asserted in this action between Plaintiff and Defendants in the above captioned matter are hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees incurred in this action.

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| */s/ Stephen B. Brauerman* | */s/ Bindu A. Palapura* |
| Richard D. Kirk (#922) | Richard L. Horwitz (#2246) |
| Stephen B. Brauerman (#4952) | David E. Moore (#3983) |
| 222 Delaware Avenue, Suite 900 | Bindu A. Palapura (#5370) |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| (302) 655-5000 | 1313 N. Market Street |
| rkirk@bayardlaw.com | Wilmington, DE 19801 |
| sbrauerman@bayardlaw.com | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| *Attorneys for Plaintiff* | dmoore@potteranderson.com |
| *Sapphire Dolphin LLC* | bpalapura@potteranderson.com |
| | *Attorneys for Defendant* |
| | *Klipsch Group, Inc.* |

Dated: December 22, 2014

IT IS SO ORDERED this ___ day of _____, 20__.

_____
United States District Judge